IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.1:23-CV-01637-PAB-NRN

BRENTON BENSON
REGAN BENSON

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a municipality,
JOHN SCHAAL, in his individual and official capacities,
ZACHARY CURRIER, in his individual and official capacities,
KATIE ALLEN, in her individual and official capacities,
JAMES PELONI, in his individual and official capacities,

Defendants.

**STIPULATED MOTION TO DISMISS ALL CLAIMS AGAINST ALL DEFENDANTS, WITH PREJUDICE**

Plaintiffs Brenton Benson and Regan Benson and Defendants City and County of Denver, John Schaal, Zachary Currier, Katie Allen and James Peloni, by and through their respective counsel of record, hereby stipulate to the dismissal of all claims asserted by Mr. and Mrs. Benson against all Defendants in the above-referenced matter, with prejudice, and with each party bearing his, her, or their own respective attorney fees and costs.

WHEREFORE, Plantiffs and Defendants hereby stipulate to the entry of an order dismissing all Defendants from this case, including all claims which were or might have been asserted, with prejudice, and vacating all previously scheduled appearances and the jury trial.

DATED this 10th day of July, 2024.

*s/Bernard Woessner*
Bernard Woessner
Marni Nathan Kloster
NATHAN DUMM & MAYER P. C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
ATTORNEYS FOR DEFENDANT SCHAAL


*s/Andrew Joseph McNulty*
Andrew Joseph McNulty
Mari Anne Newman
Newman McNulty, LLC
1490 North Lafayette Street
Suite 304
Denver, CO 80218
Telephone: (720)850-5770
ATTORNEYS FOR PLAINTIFFS


*s/Craig Lee Pankratz*
Craig Lee Pankratz
Sophia Fernald
Denver City Attorney's Office
201 West Colfax Avenue
Denver, CO 80202
Telephone: (720)913-3100
ATTORNEYS FOR DEFENDANTS CITY AND COUNTY OF DENVER, CURRIER, AND ALLEN


*s/Jeremy Robert Speckhals*
Jeremy Robert Speckhals
Kelly L. Kafer
Rider Kater PC
1512 Larimer Street
Suite 450
Denver, CO 80202
Telephone: (303)623-1832
ATTORNEYS FOR DEFENDANT PELONI

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2024 I electronically filed the foregoing **STIPULATED MOTION TO DISMISS ALL CLAIMS AGAINST ALL DEFENDANTS, WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrew Joseph McNulty
Mari Newman
Newman McNulty
1490 N. Lafayette Street, Suite 304
Denver, CO 80218
andy@newman-mcnulty.com
mari@newman-mcnulty.com

Craig Lee Pankratz
Sophia Fernald
Denver City Attorney's Office
201 West Colfax Avenue
Department 1108
Denver, CO 80202
Craig.pankratz@denvergov.org
Sophia.fernald@denvergov.org

Jeremy R. Speckhals
Kelly L. Kafer
Rider Kafer PC
1512 Larimer Street, Suite 450
Denver, CO 80202
jspeckhals@morganrider.com
kkafer@riderkafer.com

.

/s/Bernard Woessner_____
Bernard Woessner
Marni Nathan Kloster
NATHAN DUMM & MAYER P. C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
ATTORNEYS FOR DEFENDANT SCHAAL